UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOMINIQUE FOUNTAIN,

    Petitioner,

v.                                  Case No. 3:25cv586-LC-HTC

GINGER MADDEN,

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 15, 2025 (ECF No. 3), recommending this case be dismissed under the *Younger*[1] abstention doctrine. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2.    This case is DISMISSED.

---

[1] *Younger v. Harris*, 401 U.S. 37 (1971).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of June, 2025.

                           *s/L.A. Collier*
                           **LACEY A. COLLIER**
                           **SENIOR UNITED STATES DISTRICT JUDGE**